### ED. HILLARD v. THE STATE.

No. 9729.    Delivered October 14, 1925.

**Theft, a Misdemeanor—No Statement of Facts, Nor Bills of Exception.**

The record contains neither statement of facts nor bills of exception, and no error appearing is affirmed.

Appeal from the County Court of Harris County at Law. Tried below before the Hon. Ben F. Wilson, Judge.

Appeal from a conviction of misdemeanor theft; penalty, a fine of five dollars, and one day in the county jail.

No brief filed for appellant.

*Sam D. Stinson*, State's Attorney, and *Nat Gentry, Jr.*, Assistant State's Attorney, for the State.

MORROW, PRESIDING JUDGE.—The offense is theft, a misdemeanor; punishment fixed at a fine of five dollars and confinement in the county jail for one day.

The record is before us without statement of facts, and nothing is presented for review by bills of exception. No fundamental error has been discovered or pointed out.

The judgment is affirmed.

*Affirmed.*